No. 847. CORBEAN *v.* XENIA CITY BOARD OF EDUCATION. C. A. 6th Cir. Motion for leave to supplement petition for certiorari granted. Certiorari denied. *Victor F. Schmidt* for petitioner. *William B. Saxbe,* Attorney General of Ohio, *Philip Aultman* and *Robert H. Wead* for respondent.

No. 886. CHULICK *v.* NEW YORK CENTRAL RAILROAD Co. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted. *Wayne D. Wisbaum* and *Edward H. Kavinoky* for petitioner. *Ogden R. Brown* for respondent.